WILLIAM CIACCIA, an Infant, by LOUIS CIACCIA, His Guardian ad Litem, Respondent, *v.* ABRAHAM HOROWITZ, Appellant.

(Submitted June 11, 1930; decided July 8, 1930.)

*Benjamin C. Loder* and *John H. Scully* for appellant. *Henry J. Block* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.